### Babu Ilyas Siraj ALI, Petitioner,

v.

### Alberto R. GONZALES, U.S. Attorney General, Respondent.

### No. 05–60975 Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 12, 2006.

William F. Harmeyer, William F. Harmeyer & Associates, Houston, TX, for Petitioner.

Thomas Ward Hussey, Director, Linda Susan Wendtland, Saul Greenstein, U.S.

Department of Justice, Office of Immigration Litigation, Ann Carroll Varnon, U.S. Department of Justice, Civil Division Immigration Litigation, John E. Cunningham, III, U.S. Department of Justice, Criminal Division, Fraud Section, Washington, DC, Caryl G. Thompson, U.S. Immigration & Naturalization Service, District Directors Office, Joe A. Aguilar, New Orleans, LA, Sharon A. Hudson, U.S. Citizenship & Immigration Services, Houston, TX, for Respondent.

Alberto R. Gonzales, U.S. Department of Justice, Washington, DC, pro se.

Before JONES, Chief Judge, and JOLLY and OWEN, Circuit Judges.

PER CURIAM: *

Babu Ilyas Siraj Ali, a native and citizen of Pakistan, has petitioned for review of an order of the Board of Immigration Appeals' (BIA) summary dismissal of his appeal pursuant to 8 C.F.R. § 1003.1(d)(2)(i)(E) (2005). Ali's brief challenges the Immigration Judge's denial of his motion for administrative closure of his removal proceeding or, alternatively, for a continuance of his removal proceeding. Ali has failed to brief, and has thus waived, the issue whether the BIA abused its discretion in summarily dismissing his appeal. *See Soadjede v. Ashcroft,* 324 F.3d 830, 833 (5th Cir.2003). Because he has waived this issue, he has not shown error in the BIA's decision. Accordingly, his petition for review is **DENIED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.